**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

RODRICK K. TAYLOR                                                     **PLAINTIFF**

VS.                                                  CIVIL ACTION NO. 3:08cv274HTW-LRA

MISSISSIPPI STATE OF, ET AL.                            **DEFENDANTS**

**<u>ORDER OF DISMISSAL</u>**

Pursuant to the plaintiff's letter dated April 23, 2008, this cause is fully and finally dismissed.

**SO ORDERED** this the 30th day of April, 2008.

                                                   **s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**